# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00062-CV

**In re Cori Leigh Ice**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M  O P I N I O N

Relator Cori Leigh Ice has filed a petition for writ of mandamus and a motion to stay the final hearing set for March 20, 2010. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the petition, motion, and applicable law, we deny the petition for writ of mandamus and overrule the motion to stay.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Waldrop

Filed: March 16, 2010